COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| Rita Porter, Individually & as Mother & Next Friend of Dawone Porter, a Minor & Patty Gordon, Individually & as Next Friend of Dylon Gordon, a Minor, Armando & Yvonne Gutierrez, Individually and as Parents & Next Friend of Armando & Amanda   Gutierrez, | § § § § | No. 08-13-00002-CV Appeal from the 243rd District Court |
| Appellants, | § § | of El Paso County, Texas (TC# 2009-4360) |
| v. | § | |
| Heritage Operating, LP, a/k/a Denman Propane and Catholic Diocese of El Paso (San Lorenzo Church), | § § | |
| Appellees. | § § | |

## O R D E R

The Court GRANTS the Court Reporter's request for an extension of time within which to file the Reporter's Record until **July 3, 2013.**   NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Breck Record, Court Reporter for the 243rd District Court, for El Paso County, Texas, prepare the Reporter's Record for the above styled and numbered cause, and forward the same to this Court on or before **July 3, 2013.**

IT IS SO ORDERED this 5th day of June, 2013.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.